AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
            Sheet 1



# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**
v. | (For **Revocation** of Probation or Supervised Release)

**KALVIN REED**
(Defendant's Name)

Criminal Number: 97-10012-08

USM Number:

Wayne Blanchard
Defendant's Attorney

## THE DEFENDANT:

[✓]   was found in violation of Mandatory Conditions #2 & 4, Standard Condition #2, Special Condition #1 and Modified Conditions #1 and 5 after denial of guilt.

The defendant is guilty of these violations:

**Violation Number** | **Nature of Violation** | **Violation Ended**

SEE ATTACHED PAGE

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 17, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

9/17/07
Date

COPY SENT:
DATE: 9/17/07
BY: mll
TO: USP, USM,
    USA financial

CASE NUMBER:  
DEFENDANT:

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Mandatory Condition #2 | State Court Conviction on Possession of CDS V | 05/17/07 |
| Mandatory Condition #4 | Tested positive for controlled substances on occasions & failed to provide proof of prescribed medications | |
| Standard Condition #2 | failed to report to probation officer for months 4/05 and 5/05 | |
| Special Condition #1 | failed to pay fine as ordered by the Court | |
| Modified Condition #1 | failed to provide requested financial documentation | |
| Modified Condition #5 | failed to submit to home confinement as directed | |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT:    KALVIN REED
CASE NUMBER:

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twenty-four (24) months**.

[✓]    The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL